IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WAYNE BRYANT,
    Petitioner,

vs.                                        CASE NO.: 5:08cv45/RS/MD

WALTER A. MCNEIL,[1]
    Respondent.

## O R D E R

    Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2). However, petitioner has provided the court with only one service copy of his petition. Petitioner must submit a copy for the named respondent and one for the Attorney General of the State of Florida.

    Furthermore, from a review of the petitioner's institution certificate, it appears that although at the time of filing his petition the petitioner had a balance of only $8.75 in his account, over the past six months he had deposits totaling $695.00. As the filing fee for a petition for writ of habeas corpus is only $5.00, petitioner will be required to pay the fee.

    Accordingly, it is ORDERED:

    1.    The clerk shall change the docket to reflect that Walter A. McNeil has been substituted as respondent in this cause.

    2.    Petitioner's motion to proceed *in forma pauperis* (doc. 2) is DENIED.

    3.    Within **thirty (30) days** from the date of this order, petitioner shall submit a payment of $5.00 to the clerk of this court. The check should be made payable to "Clerk, U. S. District Court."

---

[1] Walter A. McNeil succeeded James R. McDonough as Secretary of the Florida Department of Corrections, and is automatically substituted as the respondent. Fed.R.Civ.P. 25(d)(1).

4. Within **the same time period**, petitioner shall submit one identical service copy of his petition, including attachments. This case number should be written on the copy.

5. Petitioner's failure to comply with the foregoing will result in a recommendation to the District Court that this case be dismissed.

DONE AND ORDERED this 27th day of February, 2008.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**