## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

WAYNE BRYANT

    VS                                      CASE NO. 5:08cv45-RS/MD

WALTER A. MCNEIL

### REFERRAL AND ORDER

Referred to Magistrate Judge Davis on   June 3, 2008
Type of Motion/Pleading: MOTION FOR ENLARGEMENT OF TIME (30 days, to respond to petition)
Filed by: respondent     on 6/2/08     Document 20
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                         on            Doc.#
                         on            Doc.#

WILLIAM M. McCOOL, CLERK OF COURT

/s/ C. Justice
Deputy Clerk

### ORDER

Upon consideration of the foregoing, it is ORDERED this 9th day of June, 2008, that:

(a)    The requested relief is GRANTED.

(b)    Respondent shall respond to the petition on or before July 9, 2008.

/s/ Miles Davis

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.