IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WAYNE BRYANT,

    Petitioner,

vs.                                 CASE NO. 5:08cv45/RS-MD

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 29) and Petitioner's Objection To Report and Recommendation (Doc. 33). I have reviewed Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated in this Order.

2. The Petition For Writ Of Habeas Corpus (Doc.1) challenging the convictions and sentences in *State of Florida v. Wayne L. Bryant*, in the Circuit Court of Jackson County, Florida, Case Numbers 03-687 and 03-646, is dismissed with prejudice.

3.  The clerk is directed to close the file.


**ORDERED** on January 23, 2009.


/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**